UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THERESA A. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CV-0451-CVE-FHM |
| | ) |
| DILLARD'S, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Order (Dkt. # 18) dismissing plaintiff's claims for failure to prosecute has been entered. A judgment of dismissal of plaintiff's claims without prejudice is hereby entered.

**IT IS SO ORDERED** this 31st day of August, 2020.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE